**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| KISHA AURELIEN | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | Case No. 3:23-cv-00645-SRU |
| | : | |
| ABEL WOMACK, INC., ET AL | : | |
|     Defendants. | : | |

### JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER

The parties jointly move for extension of the scheduling order deadlines, as follows.

| **Task:** | **Deadline:** | **Proposed Extended Deadline:** |
|---|---|---|
| Fact Witness Depositions | 6/27/25 | 9/25/25 |
| Plaintiff's Expert Disclosures | 6/27/25 | 9/25/25 |
|     Depositions | 9/1/25 | 12/1/25 |
| Defendant's Expert Disclosures | 7/7/25 | 10/6/25 |
|     Depositions | 8/29/25 | 11/27/25 |
| All Discovery | 10/31/25 | 1/29/26 |
| Dispositive Motions | 10/1/25 | 12/30/25 |
| Joint Trial Memo | 11/25/25 | 2/23/26 |
| Trial Ready | 12/16/25 | 3/16/26 |

This is the second request for extension of these deadlines.

This request is supported by good cause. To wit: counsel represent that additional time is needed to complete discovery. Additional discovery is warranted to evaluate and assess settlement prospects. Counsel are working together in good faith to move this case forward.

WHEREFORE, the parties respectfully request that the Court grant this motion and extend the scheduling order deadlines as outlined above.

    PLAINTIFF,
    KISHA AURELIEN

    __/s/ Erica Pilicy-Ryan_____
    Erica L. Pilicy-Ryan (ct29448)
    The Flood Law Firm
    190 Washington Street
    Middletown, CT 06795
    Tel.: 860-346-2695
    Fax: 860-346-2698
    Email: epilicy@thefloodlawfirm.com

    DEFENDANTS,
    ABEL WOMACK, INC. & THE RAYMOND
    CORPORATION

    __/s/ Mark J. Claflin_____
    Mark J. Claflin
    Howd & Ludorf
    100 Great Meadow Road, Suite 201
    Wethersfield, CT 06109
    Tel.: 860-249-1361
    Fax: 860-249-7665
    Email: mclaflin@hl-law.com

    Raymond D. Jamieson (*pro hac vice*)
    Quarles & Brady LLP
    411 E. Wisconsin Ave., Suite 2400
    Milwaukee, WI 53202
    Tel.: 414-277-5000
    Email: raymond.jamieson@quarles.com

**CERTIFICATE OF SERVICE**

      This is to certify that a copy of the foregoing document was filed electronically to all counsel of record this 24th day of June 2025. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                              /s/*Mark J. Claflin*
                                              Mark J. Claflin