## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KISHA AURELIEN | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | Case No. 3:23-cv-00645-SRU |
| | : | |
| ABEL WOMACK, INC., ET AL | : | |
|     Defendants. | : | |

## JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER

The parties jointly move for extension of the scheduling order deadlines, as follows.

| **Task:** | **Deadline:** | **Proposed Extended Deadline:** |
|---|---|---|
| Fact Witness Depositions | 11/25/25 | 2/23/26 |
| Plaintiff's Expert Disclosures | 11/25/25 | 2/23/26 |
|     Depositions | 2/2/26 | 4/10/26 |
| Defendant's Expert Disclosures | 12/5/25 | 5/1/26 |
|     Depositions | 1/27/26 | 6/16/26 |
| All Discovery | 3/30/26 | 7/17/26 |
| Dispositive Motions | 3/2/26 | 8/17/26 |
| Joint Trial Memo | 4/23/26 | 8/12/26 |
| Trial Ready | 5/25/26 | 9/14/26 |

This is the fourth request for extension of these deadlines.

This request is supported by good cause. To wit: counsel represent that additional time is needed to complete fact discovery, including the depositions of Plaintiff's coworkers and a 30(b)(6) representative for Plaintiff's employer. The parties are working to set dates for these depositions in the coming months. Additional discovery is also warranted to evaluate and assess

settlement prospects, as the parties plan to attend mediation well in advance of trial. Counsel are working together in good faith to move this case forward.

WHEREFORE, the parties respectfully request that the Court grant this motion and extend the scheduling order deadlines as outlined above.

> PLAINTIFF,
> KISHA AURELIEN
>
> /s/ Erica L. Pilicy-Ryan
> Erica L. Pilicy-Ryan (ct29448)
> The Flood Law Firm
> 190 Washington Street
> Middletown, CT 06795
> Tel.: 860-346-2695
> Fax: 860-346-2698
> Email: epilicy@thefloodlawfirm.com
>
>
> DEFENDANTS,
> ABEL WOMACK, INC. & THE RAYMOND CORPORATION
>
> /s/ Mark J. Claflin
> Mark J. Claflin
> Howd & Ludorf
> 100 Great Meadow Road, Suite 201
> Wethersfield, CT 06109
> Tel.: 860-249-1361
> Fax: 860-249-7665
> Email: mclaflin@hl-law.com
>
> Raymond D. Jamieson (*pro hac vice*)
> Lillian S. Mobley (*pro hac vice*)
> Quarles & Brady LLP
> 411 E. Wisconsin Ave., Suite 2400
> Milwaukee, WI 53202
> Tel.: 414-277-5000
> Email: raymond.jamieson@quarles.com
>          lillian.mobley@quarles.com

**CERTIFICATE OF SERVICE**

      This is to certify that a copy of the foregoing document was filed electronically to all counsel of record this 28th day of October 2025.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                               /s/ Mark J. Claflin
                                               Mark J. Claflin